UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT D. SALMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACRES LAND TITLE AGENCY, INC., ABSOLUTE ESCROW SETTLEMENT CO., INC. and PETER A. UZZOLINO,<br><br>Defendants. | Civil Action No.: 2:24-cv-09305<br><br><br>**CERTIFICATION OF KRISTOFOR T. HENNING IN SUPPORT OF MOTION OF DEFENDANTS ACRES LAND TITLE AGENCY, INC. AND A-ABSOLUTE ESCROW SETTLEMENT CO., INC. TO DISMISS PLAINTIFF'S COMPLAINT OR, ALTERNATIVELY, TO STRIKE ITS CLASS ACTION AND IMMATERIAL, IMPERTINENT AND SCANDALOUS ALLEGATIONS**<br><br>**Return Date: December 16, 2024**<br><br>**Oral Argument Requested** |

**KRISTOFOR T. HENNING**, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member of the bar of this Court, and a partner of the law firm of McCarter & English, LLP, the attorneys for Defendants Acres Land Title Agency, Inc. and A-Absolute Escrow Settlement Co., Inc. (collectively, "Defendants"). I make this Certification in support of Defendants' motion to dismiss the Complaint [ECF No. 3] of Plaintiff, Scott D. Salmon, with prejudice for failure to state a claim pursuant to Fed. R. Civ.

1

2

P. 12(b)(6) or, alternatively, to strike both (i) the class allegations in the Complaint pursuant to Fed. R. Civ. P. 23(d)(1)(D) and (ii) the allegations regarding alleged kickbacks/business referrals pursuant to Fed. R. Civ. P. 12(f).  I am fully familiar with the facts and information set forth herein.

2. Attached hereto as <u>Exhibit 1</u> is a true and accurate copy of the invoice referenced in paragraph 25 of the Complaint.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  November 15, 2024            */s/ Kristofor T. Henning*
                                     Kristofor T. Henning