# Exhibit 1

**Acres Land Title Agency, Inc.**
P.O. Box 769
Millburn, NJ 07041
(973) 376-4643  Fax: (973) 376-5457

---

# *** INVOICE ***

**File Number: 332052**

Marsha L. Bloom, Esq.
Marsha L. Bloom, Esq.
1241 Lenape Way
Scotch Plains, NJ 07076
Phone: (908) 769-0584  Fax: (908) 769-9290

| | | | |
|---|---|---|---|
| **Re:** | File Number: 332052 | **Rate** | Premium Type: 09/2013 Standard |
| | Seller: Carl Varner | **Info:** | State: NJ |
| | Buyer: Scott D. Salmon | | Owners Insurance: $820,000.00 |
| | Property: 2160 Buttonwood Lane, Scotch Plains | | Mortgage Insurance: $647,200.00 |
| | | | 2nd Mortgage Ins.: |

**CHARGES**

| | |
|---|---:|
| Premium Rate | $3,105.00 |
| Examination (1101) | $100.00 |
| Simultaneous Issue | $25.00 |
| Closing Service Letter (1104) | $75.00 |
| US District Ct & US Superior Ct Search (1101)-P | $37.50 |
| Tax and Assessment Searches (1101) | $50.00 |
| Tidelands Search (1101) | $45.00 |
| Flood Hazard Certificate (1101) | $25.00 |
| Transaction Management Fee (1101) | $25.00 |
| Notice of Settlement (2) (1101) | $45.00 |
| County Search (1101) | $150.00 |
| ALTA 8.1-06 Environmental Protection Lien Endorsement -NJ Variation (9/1/19) (NJRB 5-94) | $25.00 |
| ALTA 9.10-06 (Res) REM Current Violations (1/1/17) (NJRB 5-157) | $25.00 |
| Survey (9/10/07) (NJRB 5-01) | $25.00 |
| Secondary Mortgage Market (4/1/13) (NJRB 5-32) | $25.00 |
| **Total Charges:** | **$3,782.50** |
| **Total Payments:** | |
| **Balance Due:** | **$3,782.50** |

***** This invoice supersedes any/all prior invoices *****
WFG National Title Insurance Company
NOTE: This invoice is subject to change.  Final total invoice must be verified at closing.
NOTE: This invoice is subject to cancellation charges.  Please call for appropriate charges.
NOTE: Rundown charge is applied only when multiple rundowns are ordered.
NOTE: Delete any non-applicable charges.
The Insurance Commissioner has directed that a statement detailing each pass-through search charge must be supplied to the
Purchaser/Borrower/Lessee in each insured transaction.
